UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 97-231-FR |
| Plaintiff, | ORDER AMENDING JUDGMENT IN A CRIMINAL CASE |
| v. | PURSUANT TO RULE 35(b)(2) |
| MARK ALLEN FARMER, | |
| Defendant. | |

Before the court is the government's motion [28] pursuant to Rule 35(b)(2). The court hereby grants the motion.

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **"time served"**.

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. The defendant will comply with the standard conditions and any special conditions as stated in the defendant's original judgment dated January 21, 1998.

DATED this 14th day of June, 2007.

                                                  /s/ Ancer L. Haggerty
                                                   Ancer L. Haggerty
                                    Chief United States District Court Judge