FILED'08 JUN 12 14:16USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA

        Plaintiff,

    v.

MARK ALLEN FARMER,

        Defendant.

CR 97-231-HA

SECOND ORDER AMENDING
JUDGMENT IN A CRIMINAL
CASE PURSUANT TO
RULE 35(b)(2)

Before the court is the government's second motion [46] pursuant to Rule 35(b)(2). The court hereby grants the motion.

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **"time served"**.

Upon release from imprisonment, there will not be a reimposition of supervised release.

DATED this 12th day of June, 2008.

Ancer L. Haggerty
Chief United States District Court Judge